IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MENGGUI ZHANG,<br> Plaintiff,<br><br>v.<br><br>DANIEL RAY ROTHROCK,<br>*et al.*,<br> Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-05-3461 |

### TRANSFER ORDER

In accordance with the Memorandum and Order issued this day, it is hereby

**ORDERED** that this case is **TRANSFERRED** to the United States District Court for the Eastern District of Texas, Tyler Division.

**SIGNED** at Houston, Texas, this **25th** day of **January, 2006.**

_____
Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2005\3461TransferOrder.wpd  060125.1159